IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SADRICK BEVARD JOHNSON,    )
                          )
        Plaintiff,         )
                          )
VS.                        )        CIVIL ACTION NO.
                          )
TEXAS COMMISSION OF LAW    )        3:26-CV-1046-G-BW
ENFORCEMENT,               )
                          )
        Defendant.         )

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the

Findings, Conclusions, and Recommendation of the United States Magistrate Judge,[*]

in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the

Findings and Conclusions of the Magistrate Judge are correct, and they are accepted

as the Findings and Conclusions of the court.  By separate judgment, the court will

**DISMISS** the Complaint for a Civil Case, filed on April 1, 2026 (docket entry 3),

without prejudice as frivolous and malicious and for failure to state a claim under 28

U.S.C. § 1915(e)(2)(B).

---

[*]        No objections were filed.

Additionally, the plaintiff is **WARNED** that if he persists in filing frivolous or baseless lawsuits, he may be assessed monetary sanctions, barred from bringing any new action, or subjected to any other sanctions the court deems appropriate.

**SO ORDERED**.

April 29, 2026.

_C. Joe Fish_

**A. JOE FISH**
**Senior United States District Judge**

- 2 -